IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBBIE WALLACE | § | |
| *Plaintiff* | § | |
| | § | Civil No. 2:07-CV-74 |
| VS. | § | |
| | § | Judge T. John Ward |
| UNITED STATES POSTAL SERVICE | § | |
| *Defendant* | § | |

ON THIS date came on to be heard Plaintiff's Verified Motion to Retain in the above entitled and numbered cause, and the Court having considered same, is of the opinion that the Motion should be and the same is hereby in all things GRANTED.

IT IS THEREFORE ORDERED that said cause be retained on the trial docket.