IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBBIE WALLACE | § | |
| *Plaintiff* | § | |
| | § | Civil No. 2:07-CV-74 |
| VS. | § | |
| | § | Judge T. John Ward |
| UNITED STATES OF AMERICA | § | |
| *Defendant* | § | |

## ORDER

ON THIS date came on to be heard Plaintiff's Unopposed Motion to Withdraw Plaintiff's Second Amended Original Complaint in the above entitled and numbered cause, and the Court having considered same, is of the opinion that the Motion should be and the same is hereby in all things GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Second Amended Original Complaint is withdrawn.

IT IS FURTHER ORDERED that Plaintiff's cause of action is asserted against and only against the United States of America in the case styled as follows: Robbie Wallace v. United States of America.