UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROBBIE WALLACE,<br>　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | §<br>§<br>§　Civil No. 2:07-CV-74<br>§　Judge T. John Ward<br>§<br>§<br>§<br>§ |

**ORDER**

CAME ON to be considered Defendant's Unopposed Motion to Remove Case From Jury Docket, and the Court having considered the motion and any response thereto, is of the opinion it should be GRANTED;

IT IS THEREFORE ORDERED that the above cause be and it is hereby removed from the jury docket.

SIGNED this 29th day of April, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE