IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBBI WALLACE, | § | |
| *Plaintiff,* | § | |
| | § | Civil No. 2:07-CV-74 |
| VS. | § | |
| | § | Judge T. John Ward |
| UNITED STATES OF AMERICA, | § | |
| *Defendant.* | § | |

### PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Robbi Wallace hereby notifies the Court that she has made the requisite Initial Disclosures to Defendants in this action on July 2, 2009 pursuant to the Court's Scheduling Order.

Respectfully submitted,

_____/s/_____
Reese P. Andrews
ANDREWS & ANDREWS
311 East Main Street
Nacogdoches, Texas  75961
(936) 564-5000
(936) 559-5000 – Fax
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on this the 2nd day of July, 2009.

_____/s/_____
Reese Andrews